No. 891.   LOCAL UNION 429, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, A. F. OF L., ET AL. *v.* FARNSWORTH & CHAMBERS CO., INC. ▮

*Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Supreme Court of Tennessee is reversed. *Weber* v. *Anheuser-Busch, Inc.,* 348 U. S. 468; *Garner* v. *Teamsters Union,* 346 U. S. 485. *Cecil D. Branstetter* for petitioners. *Cecil Sims* for respondent.